*Counsel Listed in Signature Blocks*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GRADY HENDRIX & JENNIFER ROBERSON, | No. 4:25-cv-07558-YGR |
| | No. 4:25-cv-08695-YGR |
| *Individual and Representative Plaintiffs*, | No. 4:25-cv-09090-YGR |
| v. | **STIPULATION TO CONSOLIDATE CASES AND SET BRIEFING SCHEDULE AND [PROPOSED] ORDER; AS AMENDED BY THE COURT** |
| APPLE INC., | |
| *Defendant*. | Judge: Hon. Yvonne Gonzalez Rogers |

| |
|---|
| SUSANA MARTINEZ-CONDE, STEPHEN L. MACKNIK, |
| *Individual and Representative Plaintiffs*, |
| v. |
| APPLE INC., |
| *Defendant*. |

| |
|---|
| TASHA ALEXANDER, an Individual on Behalf of Herself and All Others Similarly Situated, |
| *Plaintiff*, |
| v. |
| APPLE INC., a California Corporation, CRAIG FEDERIGHI, an individual, and JOHN GIANNANDREA, an individual, |
| *Defendants*. |

No. 4:25-cv-07558-YGR
No. 4:25-cv-08695-YGR
No. 4:25-cv-09090-YGR

1

STIPULATION TO CONSOLIDATE
CASES AND SET BRIEFING
SCHEDULE AND [PROPOSED]
ORDER

**STIPULATION**

Plaintiffs Grady Hendrix and Jennifer Roberson, in *Hendrix v. Apple Inc.*, No. 4:25-cv-07558 (N.D. Cal.) (the "*Hendrix* Action"), Plaintiffs Susana Martinez-Conde and Stephen L. Macknik, in *Martinez-Conde v. Apple Inc.*, No. 4:25-cv-08695 (N.D. Cal.) (the "*Martinez-Conde* Action"), Plaintiff Tasha Alexander, in *Alexander v. Apple Inc.*, No. 4:25-cv-09090 (N.D. Cal.) (the "*Alexander* Action"), and Defendants Apple Inc., Craig Federighi, and John Giannandrea (collectively, the "Parties") jointly request that the above-captioned actions (the "Actions") be consolidated and that a joint case management statement and case management conference be scheduled as follows, subject to the Court's approval.

1.      Whereas, the *Hendrix* Action was filed on September 5, the *Martinez-Conde* Action on October 9, and the *Alexander* Action on October 22.

2.      Whereas, the *Martinez-Conde* Plaintiffs filed an administrative motion to relate the *Hendrix* and *Martinez-Conde* actions. (Dkt. No. 33). The Court has granted that motion. Related Case Order (Dkt. No. 37).

3.      Whereas, pursuant to Civil Local Rule 3-12(c), Judge Lee *sua sponte* referred the *Alexander* matter to this Court for consideration of whether the case is related to *Hendrix*. (Dkt. No. 38.) Subsequently, the Parties filed a stipulated administrative motion to relate the *Alexander* Action to the *Hendrix* and *Martinez-Conde* Actions. Admin. Motion to Relate Cases (Dkt. No. 39).

4.      Whereas, on November 5, the Court related the *Alexander* Action to the *Hendrix* Action. (Dkt. No. 40).

5.      Whereas, consolidation of the three actions under Rule 42(a) is appropriate. As noted in the motions to relate, all three actions are for a single claim of direct copyright infringement that puts at issue the same alleged conduct—Apple's alleged reproduction of books to train the same large language models. Consolidation will enable a single schedule for all three actions and prevent inefficient duplication of effort.

No. 4:25-cv-07558-YGR
No. 4:25-cv-08695-YGR
No. 4:25-cv-09090-YGR

2

STIPULATION TO CONSOLIDATE
CASES AND SET BRIEFING
SCHEDULE AND [PROPOSED]
ORDER

6.      Whereas, the initial case management conference in the *Hendrix* action is currently set for December 15, 2025 at 2:00 pm, with the joint case management statement due by December 8, 2025.

7.      Whereas, the parties agree that the designation of Interim Class Counsel and the filing of a single operative consolidated complaint is necessary to ensure efficient case management.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to Court approval, as follows:

1.      The Parties stipulate, subject to this Court's approval, that the three actions be consolidated.

2.      Defendants' current deadlines to respond to the complaints in the three actions are held in abeyance.

3.      The December 15, 2025 case management conference scheduled in the *Hendrix* Action, the January 26, 2026 case management conference scheduled in the *Martinez-Conde* Action, and any related deadlines are vacated.

4.      The *Hendrix* Plaintiffs, the *Alexander* Plaintiff and the *Martinez-Conde* Plaintiffs propose that Plaintiffs' counsel will file their applications for appointment of leadership no later than November 21, 2025. The parties will file responses to these motions no later than December 5, 2025.

5.      Within 14 days of their appointment, Interim Class Counsel shall designate or file and serve a consolidated class action complaint.

6.      Defendants shall have 45 days after designation or filing by Interim Class Counsel of the consolidated complaint in which to answer, move to dismiss or otherwise respond.

7.      If Defendants move to dismiss the consolidated complaint, plaintiff(s) shall respond to the motion(s) to dismiss 45 days thereafter, and Defendants shall file their reply brief(s) 30 days after that. All of the above may be revised with any schedule the Court deems appropriate.

8.      Within 14 court days after all Defendants answer the consolidated complaint, the parties shall meet and confer and file with the Court a proposed case scheduling order, including a proposed case management conference.

No. 4:25-cv-07558-YGR
No. 4:25-cv-08695-YGR
No. 4:25-cv-09090-YGR

3

STIPULATION TO CONSOLIDATE
CASES AND SET BRIEFING
SCHEDULE AND [PROPOSED]
ORDER

1    RESPECTFULLY SUBMITTED this 13th day of November, 2025.

2    DATED this 14th day of November, 2025.

3    **COTCHETT, PITRE & MCCARTHY, LLP**         **KELLER ROHRBACK L.L.P.**

4    By: */s/ Karin B. Swope*                     By: */s/ Benjamin Gould*
5    Karin B. Swope (*pro hac vice*)                  Derek W. Loeser, *Pro Hac Vice*
     Thomas E. Loeser, Cal. Bar No. 202724            Benjamin Gould (SBN 250630)
6    Andrew Fuller (*pro hac vice* to be filed)       Chris N. Ryder, *Pro Hac Vice*
     Jacob M. Alhadeff (*pro hac vice* to be filed)   William K. Dreher, *Pro Hac Vice*
7    1809 7th Ave., Ste. 1610                          Elizabeth W. Tarbell, *Pro Hac Vice*
     Seattle, WA 98101                                Samuel Rubinstein, *Pro Hac Vice*
8    Tel: (206) 802-1272                              1201 Third Avenue, Suite 3400
     Fax: (206) 299-4184                              Seattle, WA 98101-3268
9    kswope@cpmlegal.com                              (206) 623-1900
     tloeser@cpmlegal.com                             Fax (206) 623-3384
10   afuller@cpmlegal.com                             bgould@kellerrohrback.com
     jalhadeff@cpmlegal.com                           dloeser@kellerrohrback.com
11                                                    cryder@kellerrohrback.com
12   Joseph W. Cotchett, Cal. Bar No. 36324           wdreher@kellerrohrback.com
     Brian Danitz, Cal. Bar No. 247403                etarbell@kellerrohrback.com
13   Gia Jung, Cal. Bar No. 340160                    srubinstein@kellerrohrback.com
14   Caroline Yuen, Cal. Bar No. 354388
     840 Malcom Road                                  Matthew Butterick (SBN 250953)
15   Burlingame, CA 94010                             BUTTERICK LAW PC
     Tel: 650-697-6000                                1920 Hillhurst Avenue, #406
16   Fax: 650-697-0577                                Los Angeles, CA 90027
17   jcotchett@cpmlegal.com                           mb@butterickleaw.com
     bdanitz@cpmlegal.com
18   gjung@cpmlegal.com                           *Attorneys for Hendrix Plaintiffs*
     cyuen@cpmlegal.com
19

20   **BLEICHMAR FONTI & AULD LLP**               **JOSEPH SAVERI LAW FIRM, LLP.**

21   By: */s/ Anne K. Davis*                      By: */s/ Joseph R. Saveri*
     Lesley E. Weaver (SBN 191305)                Joseph R. Saveri
22   Anne K. Davis (SBN 267090)                   Joseph R. Saveri (State Bar No. 130064)
     Joshua D. Samra (SBN 313050)                 JOSEPH SAVERI LAW FIRM, LLP
23   1330 Broadway, Suite 630                     601 California Street, Suite 1505
     Oakland, CA 94612                            San Francisco, California 94108
24   Tel. (415) 445-4003                          Telephone: (415) 500-6800
     lweaver@bfalaw.com                           Facsimile: (415) 395-9940
25   adavis@bfalaw.com                            Email: jsaveri@saverilawfirm.com
26   jsamra@bfalaw.com
                                                  *Attorneys for Martinez-Conde Plaintiffs*
27   *Attorneys for Plaintiff Tasha Alexander*
28   No. 4:25-cv-07558-YGR              4          STIPULATION TO CONSOLIDATE
     No. 4:25-cv-08695-YGR                         CASES AND SET BRIEFING
     No. 4:25-cv-09090-YGR                         SCHEDULE AND [PROPOSED]
                                                   ORDER

1

**LATHAM & WATKINS LLP**

2

By: */s/ Andrew M. Gass*

3

Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com

4

Joseph R. Wetzel (Bar No. 238008)
 joe.wetzel@lw.com

5

Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com

6

505 Montgomery Street, Suite 2000

7

San Francisco, California 94111
Telephone: +1.415.391.0600

8

9

Elana Nightingale Dawson (*Pro hac vice*)
 elana.nightingaledawson@lw.com

10

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004

11

Telephone: +1.202.637.2200

12

*Attorneys for Defendants Apple Inc., Craig Federighi, and John Giannandrea*

13

14

15

16

### SIGNATURE ATTESTATION

17

        I am the ECF User whose identification and password are being used to file **STIPULATION**

18

**TO CONSOLIDATE CASES AND SET CONSOLIDATED CASE MANAGEMENT**

19

**CONFERENCE AND [PROPOSED] ORDER**.  Pursuant to Local Civil Rule 5-1(i)(3) regarding

20

signatures, I, Anne K. Davis, attest that the other signatories have concurred in the filing of the

21

document.

22

23

Dated: November 13, 2025                    */s/ Anne K. Davis*
                                            Anne K. Davis

24

25

26

27

28

1

**[PROPOSED]** **ORDER GRANTING STIPULATION**

The parties' stipulation to consolidate cases and set a briefing schedule is hereby **GRANTED**. The parties are instructed that all future filings in the consolidated action are to occur on the docket in *Hendrix v. Apple Inc.*, Case No. 4:25-cv-07558-YGR.

Given the procedural posture, it is further **ORDERED** that *Martinez-Conde v. Apple Inc.*, Case No. 4:25-cv-08695-YGR (the "*Martinez-Conde* Action"), and *Alexander v. Apple Inc.*, Case No. 4:25-cv-09090-YGR (the "*Alexander* Action"), are administratively closed for statistical purposes only. Nothing further shall be filed on the dockets in the *Martinez-Conde* Action and the *Alexander* Action, and nothing contained in this order shall be construed as a dismissal or disposition of those Actions. Should further proceedings become necessary in the *Martinez-Conde* Action or the *Alexander* Action individually, any party may contact the Court to address the issue.

**IT IS SO ORDERED.**

Dated:   November 14, 2025

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

No. 4:25-cv-07558-YGR
No. 4:25-cv-08695-YGR
No. 4:25-cv-09090-YGR

6

STIPULATION TO CONSOLIDATE
CASES AND SET BRIEFING
SCHEDULE AND [PROPOSED]
ORDER